NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN J. D'AMICO,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No. 2D18-1948
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____)

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.


            Affirmed.


CASANUEVA, MORRIS, and SMITH, JJ., Concur.